IN THE COURT OF CRIMINAL APPEALS


OF TEXAS


 




NO. PD-0848-12





ANGEL RENEE NORRIS, Appellant



v.



THE STATE OF TEXAS






ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

FROM THE SECOND COURT OF APPEALS TARRANT COUNTY





Per curiam. Keasler and Hervey, JJ., dissent.


ORDER

 The petition for discretionary review violates Rules of Appellate Procedure 9.3(b)
and 68.4(i), because the petition is not accompanied by 11 copies and it does not contain a
copy of the opinion of the court of appeals.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must be
filed in the COURT OF CRIMINAL APPEALS within thirty days after the date of this
order.


Filed: August 22, 2012

Do Not Publish